IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,                ORDER

      v.                                    08-cr-95-jdp-1

ADAM MEECE,

                Defendant.

---

A hearing on the probation office's petition for judicial review of Adam Meece's supervised release was held on July 28, 2017, before U.S. District Judge James D. Peterson. The court entered an order on December 20, 2017 sentencing defendant to a term of 6 months' imprisonment, with credit for time served in state custody. I am informed by the U.S. Probation Office that there was an error in calculating the amount of credit defendant earned while in state custody. Therefore, to correct this discrepancy to reflect the intention of the court at sentencing, the December 20, 2017 order is amended as follows:

IT IS ORDERED that defendant is committed to the custody of the Bureau of Prisons for a term of 6 months' imprisonment, deemed served on December 28, 2017.

In all other respects, the order entered on December 20, 2017 remains unchanged.

Entered this 9TH day of January, 2018.

BY THE COURT:

_____
James D. Peterson
U.S. District Judge